**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YOLANDA JAMISON,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 11-1132 (JEB)** |
| **SYLVIA MENIFEE,** | |
| **Defendant.** | |

**MEMORANDUM OPINION**

On or around June 3, 2011, Plaintiff Yolanda Jamison filed a one-paragraph Complaint in the District of Columbia Superior Court alleging that Defendant Sylvia Menifee had defamed her. On June 20, given that Defendant is an employee of the United States and was sued for actions allegedly taken while acting within the scope of her office, the United States removed the case to this Court and filed a Motion to Dismiss three days later. Plaintiff has yet to respond, despite two prior Orders of this Court notifying her of the obligation to respond. The Court initially ordered her to respond on or before July 7 or risk dismissal. When no response arrived, the Court advised Plaintiff on July 19 that failure to respond by July 26 risked Defendant's Motion being deemed conceded.

As Plaintiff has still not responded and Defendant has raised genuine issues that could well bar her suit, the Court will, by separate Order this day, find that she has conceded the Motion under LCvR 7(b).

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 1, 2011